THE STATE EX REL. CASCIATO, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Casciato v. Indus.
Comm.* (2001), 92 Ohio St.3d 71.]

(No. 00–1920—Submitted April 24, 2001—Decided June 13, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Marinakis Law Office* and *Angela D. Marinakis,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis H. Behm,* Assistant Attorney General, for appellee Industrial Commission.

*Frank J. Cimino,* Ravenna Law Director, for appellee city of Ravenna.